

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 254TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 30th day of July, 2015, the cause on appeal to revise or reverse the judgment between

IN THE INTEREST OF H. G. P. C. AND Z.A.C., CHILDREN

No. 05-15-00393-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-07-16957.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 9th day of October, 2015.

_____
LISA MATZ, Clerk